

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF | § | No. 08-24-00068-CV |
| A.F.J.M., | § | Appeal from the |
| A MINOR CHILD. | § | 440th Judicial District Court |
| | § | of Coryell County, Texas |
| | § | (TC# DC-20-51460) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore we reinstate this appeal and dismiss it for want of jurisdiction. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF DECEMBER 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.